# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **TONIA LAFAYETTE,** | **PLAINTIFF/COUNTERDEFENDANT**, |
| VS. | CIVIL ACTION NO. 4:04CV85-P-B |
| **GUARANTEE RESERVE LIFE INSURANCE COMPANY,** | **DEFENDANT/COUNTERPLAINTIFF/ THIRD PARTY PLAINTIFF,** |
| VS. | |
| **RUTH LOVE, VERONICA EVANS, and HARRIS FUNERAL HOME** | **THIRD PARTY DEFENDANTS** |

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Tonia Lafayette's Cross Motion for Partial Summary Judgment Against the Defendant, Guarantee Life Insurance Company, and Third Party Defendants Ruth Love and Veronica Evans [39-1] is **DENIED**;

(2) Successor by Merger to Guarantee Reserve Life Insurance Company, Reassure America Life Insurance Company's Motion for Summary Judgment [19-1] is **GRANTED**; accordingly,

(3) Reassure America is to interplead the subject $12,000 net insurance policy proceeds into the registry of the Clerk's Office;

(4) Tonia Lafayette, Ruth Love, Veronica Evans, and Harris Funeral Home's claims or potential claims against Reassure America regarding the subject insurance policy are **DISMISSED WITH PREJUDICE**;

(5) Tonia Lafayette, Ruth Love, Veronica Evans, and Harris Funeral Home is hereby **ENJOINED** from filing further actions regarding the subject insurance policy;

(6) Because neither Ruth Love nor Veronica Evans filed answers or otherwise appeared in the instant case after receiving summonses, any claims they have to the subject insurance policy proceeds are **DISMISSED WITH PREJUDICE** by default judgment; and

(7) Upon receiving Reassure America's deposit of $12,000 to the registry of the Clerk's Office, the Clerk is to remit $1223.89 to Harris Funeral Home and the remainder, approximately $10, 776.11 to Tonia Lafayette.

**SO ORDERED** this the 17th day of August, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE